**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN WHITAKER**, | Case No. CV 20-1781-DMG (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **RODRIGO HERNANDEZ,** | |
| Defendants. | |

The Court having granted Plaintiff Brian Whitaker's motion for default judgment by Order dated July 6, 2020 [Doc. # 20],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff and against Defendant Rodrigo Hernandez.  Defendant shall pay Plaintiff $7,377.50 (consisting of a $4,000 statutory penalty, $2,847.50 in attorneys' fees, and $530 in costs) and provide ADA-compliant wheelchair-accessible routes of access and dining surfaces in his restaurant, El Patroncito, located at 421 Venice Blvd., Los Angeles, California, in compliance with the ADA and the Unruh Civil Rights Act.

DATED: July 6, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE